# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132652

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MANSOUREH GRUNBAUM,
      Plaintiff-Appellee,

v

VICTOR GRUNBAUM,
      Defendant-Appellant.

SC: 132652
COA: 272123
Oakland CC: 2000-640696-DM

_____/

      On order of the Court, the application for leave to appeal the September 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

s0220

_____
Clerk